## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 27th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

William D. Sullivan, Esquire
Buchanan Ingersoll P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

_____
Mary E. Augustine (No. 4477)